1  Richard G. Grotch, Esq. – SBN 127713
   **CODDINGTON, HICKS & DANFORTH**
2  **A Professional Corporation, Lawyers**
   555 Twin Dolphin Drive, Suite 300
3  Redwood City, California  94065-2133
   Telephone: (650) 592-5400
4  Facsimile:  (650) 592-5027
   E-mail:  rgrotch@chdlawyers.com
5
   James P. Johnson, Esq. - SBN 59556
6  **MICHAELS, MONTANARI & JOHNSON**
   4333 Park Terrace Drive, Suite 110
7  Westlake Village, CA 91361
   Tel.  (818) 865-0444
8  Fax  (818)  865-8444

9  **ATTORNEYS FOR** Defendant
   UNITED AIR LINES, INC.
10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

| MICHELLE GILSTRAP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:10-CV-6131-JHN (JCx)<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(b)(6)]<br><br>Date:       December 20, 2010<br>Time:       2:00 p.m.<br>Courtroom:  790 - Roybal<br><br>Honorable Jacqueline H. Nguyen |
|---|---|

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 20, 2010, at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 790 of the above-entitled Court, located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California, defendant UNITED AIR LINES, INC. ("United") will move for an order dismissing, without leave to amend, the first amended complaint on file in the above-captioned cause.

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

1

NOTICE OF MOTION TO DISMISS
Case No:  2:10-CV-6131-JHN (JCx)

This motion will be made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and on the following grounds:

1. The first cause of action, styled as one for "negligence *per se*," and predicated upon alleged violations of the Air Carrier Access Act of 1986, as amended (49 U.S.C. §41705) ("the ACAA") and the federal regulations promulgated pursuant to the ACAA (14 C.F.R. Part 382), fails to state a claim upon which relief may be granted because (a) negligence *per se* is an evidentiary doctrine, not a cause of action and (b) the ACAA does not afford plaintiff with a private right of action as a matter of law;

2. The common law tort claims which plaintiff purports to state in the second through sixth causes of action are claims which are preempted by federal law, *viz.,* the ACAA and its implementing regulations;

3. The seventh cause of action purports to state a claim under the Americans With Disabilities Act ("the ADA"); however, the ADA does not apply to the factual circumstances alleged because, as a matter of law, the conduct about which plaintiff complains did not occur in a "place of public accommodation" as that phrase is construed for purposes of the ADA;

4. In addition to being preempted (see paragraph 2, above), in the second cause of action, plaintiff fails to allege facts sufficient to state a claim for which relief may be granted under a negligent misrepresentation theory;

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

NOTICE OF MOTION TO DISMISS
Case No: 2:10-CV-6131-JHN (JCx)

5. In addition to being preempted (see paragraph 2, above), in the fifth cause of action, plaintiff fails to allege facts sufficient to state a claim for which relief may be granted under an intentional infliction of emotional distress theory; and

6. In addition to being preempted (see paragraph 2, above), in the sixth cause of action, plaintiff fails to allege facts sufficient to state a claim for which relief may be granted under a negligent infliction of emotional distress theory.

Because additional amendment of the first amended complaint would be futile, United moves for the dismissal of the operative pleading without further leave to amend.

This motion will be based upon this notice of motion, the memorandum of points and authorities filed and served concurrently herewith, the files and records of the Court in this action and any further evidence and argument that the Court may receive at or before the time of the hearing.

Dated: November 9, 2010                CODDINGTON, HICKS & DANFORTH

/s/ *Richard G. Grotch*

By:_____
Richard G. Grotch
Attorney for Defendant
United Air Lines, Inc.

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

3

NOTICE OF MOTION TO DISMISS
Case No: 2:10-CV-6131-JHN (JCx)