Mark P. Meuser, SBN 231335
Meuser Law Group, Inc
PO Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-4656
mark@meuser-law.com

Attorney for
Michelle Gilstrap

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MICHELLE GILSTRAP, an individual

    Plaintiff,

v.

UNITED AIR LINES, INC., a Delaware Corporation, and DOES 1 through 20, inclusive

    Defendants

File No.:  2:10-cv-06131-JHN-JCx

**NOTICE OF APPEAL**

### NOTICE OF APPEAL

Notice is hereby given that Michelle Gilstrap, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order granting Defendant's Motion to Dismiss entered in this action on the 21st day of January, 2011 by the district court for the Central District of California

Dated this 17th day of February, 2011

        Meuser Law Group, Inc.

        */s/ Mark P. M.*
        Mark P. Meuser, SBN 231335

1

# PROOF OF SERVICE
*Gilstrap v. United Air Lines, Inc.*
USDC Central District of California, 2:10-cv-06131-JEM-JCx

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. My business address is PO Box 5412, Walnut Creek, CA 94596. On this date I served the following document(s):

**1. Notice of Appeal**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**By First Class Mail** – I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in Walnut Creek, California, for collection to the office of the addressee following ordinary business practices.

Richard G. Grotch
Coddington, Hicks & Danforth
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 17, 2011 at Walnut Creek, California.

Joshua Reimer