Richard G. Grotch, Esq. – SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, CA  94065-2133
Telephone: (650) 592-5400
Facsimile:  (650) 592-5027

**ATTORNEYS FOR** Defendant
UNITED AIR LINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHELLE GILSTRAP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV 10-06131-BRO(FMOx)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(b)(6)]<br><br>Date:  October 21, 2013<br>Time:  1:30 p.m.<br>Courtroom: 14 - Spring St. Floor<br>Honorable Beverly Reid O'Connell |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 21, 2013 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 14 of the above-entitled Court, located at the 312 North Spring Street, Los Angeles, California, defendant UNITED AIR LINES, INC. ("United") will move for an order dismissing, without leave to amend, certain allegations from the first amended complaint on file in the above-captioned cause.

//

//

1

This motion will be made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and on the following grounds:

1. Plaintiff's first cause of action fails to state facts sufficient to state an actionable claim for "negligence per se" because there is no such cause of action;

2. Plaintiff's second cause of action fails to allege facts sufficient to state a claim for which relief may be granted under a negligent misrepresentation theory;

3. Plaintiff's fifth cause of action fails to allege facts sufficient to state a claim for which relief may be granted under an intentional infliction of emotional distress theory;

4. Plaintiff's sixth cause of action fails to allege facts sufficient to state a claim for which relief may be granted under a negligent infliction of emotional distress theory

This motion will be based upon this notice of motion, the memorandum of points and authorities filed and served concurrently herewith, the files and records of the Court in this action and any further evidence and argument that the Court may receive at or before the time of the hearing.

Dated:  September 10, 2013               CODDINGTON, HICKS & DANFORTH


By: /s/ *Richard G. Grotch*
Richard G. Grotch
Attorneys for Defendant
UNITED AIR LINES, INC.

2
Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint
Case No. CV 10-06131-BRO(FMOx)