LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 10-06131-BRO (JCx) | Date | February 3, 2014 |
|---|---|---|---|
| Title | Michelle Gilstrap v. United Airlines, Inc. et al | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

**MINUTE ORDER RE MOTION TO DISMISS**

On January 17, 2014, the Court granted in part and denied in part Defendant United Air Lines, Inc.'s ("Defendant") motion to dismiss. (Dkt. No. 56.) The Court ordered Plaintiff Michelle Gilstrap ("Plaintiff") to file an amended complaint consistent with its Order by January 27, 2014. (Dkt. No. 56.) To date, Plaintiff has not filed an amended complaint. Consistent with its January 17 Order, the Court **DISMISSES WITH PREJUDICE** Plaintiff's claims for intentional infliction of emotional distress and negligent infliction of emotional distress. Additionally, the Court **STRIKES WITH PREJUDICE** Plaintiff's prayer for punitive damages.

Defendant must file an Answer to Plaintiff's remaining causes of action by February 24, 2014.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |