### CODDINGTON, HICKS & DANFORTH
A PROFESSIONAL CORPORATION
LAWYERS

| | |
|---|---|
| RANDOLPH S. HICKS | 555 TWIN DOLPHIN DRIVE, SUITE 300 |
| LEE J. DANFORTH | REDWOOD SHORES |
| RICHARD G. GROTCH | REDWOOD CITY, CA 94065-2133 |
| R. WARDELL LOVELAND | TEL • (650) 592-5400 |
| RICHARD S. BAUM | FAX • (650) 592-5027 |
| HYON M. KIENTZY | |
| KATHRYN C. KLAUS | |
| CHRISTIANE SINCLAIR | WWW.CHDLAWYERS.COM |
| CARRIE DUPIC HUYNH | |
| NATHAN L. WINEGAR | |
| MATTHEW D. LENHARDT | |
| GINA J. BELTRAMO | CHAIRMAN EMERITUS |
| JAY C. PATTERSON | CLINTON H. CODDINGTON |
| JONATHAN C. HARRIMAN | |
| CHRISTOPHER M. BUSCH | |

June 24, 2014

***VIA ECF***

Ms. Renee Fisher
Courtroom Deputy to the
Honorable Beverly Reid O'Connell
United States District Judge
United States District Court
Central District of California
312 North Spring Street, Courtroom 14
Los Angeles, California 90012-4701

   Re: Michelle Gilstrap v. United Air Lines, Inc.
      Action No. 2:10-cv-06131-BRO-JCx

Dear Ms. Fisher:

On behalf of my client, defendant United Airlines, Inc., I write, in accordance with Local Civil Rule 16-15.7, to advise that using the Court's ADR Procedure No. 3, with the Honorable Dickran Tevrizian, retired, serving as mediator, the parties were able amicably to resolve this matter. The parties are in the process of exchanging the necessary documentation and I would expect a stipulation for an order of dismissal of the entire action, with prejudice, will be filed within less than 21 days.

                  Very truly yours,

                  /s/ *Richard G. Grotch*

                  Richard G. Grotch

RGG:ha