UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GILSTRAP,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED AIR LINES, INC., et al.,<br><br>       Defendant. | Case No. CV 10-6131 BRO (JCx)<br><br>ORDER OF DISMISSAL<br>[FRCP Rule 41(a)(1)]<br><br>Honorable Beverly Reid O'Connell |

Pursuant to the Stipulation of plaintiff MICHELLE GILSTRAP and defendant UNITED AIR LINES, INC. (now known as United Airlines, Inc.),

IT IS HEREBY ORDERED that all the claims of plaintiff MICHELLE GILSTRAP, against UNITED AIR LINES, INC., are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear her or its own attorneys' fees and costs of suit.

SO ORDERED.

Dated: July 25, 2014

_____
Honorable Beverly Reid O'Connell
United States District Judge

1